18 So.2d 119

**Earl RAMSEY v. STATE.**

**4 Div. 823.**

Court of Appeals of Alabama.
April 4, 1944.

Wm. N. McQueen, Acting Atty. Gen.,
for the State.

RICE, Judge.
Affirmed.

13 So.2d 901

**Horace RAY v. STATE.**

**5 Div. 169.**

Court of Appeals of Alabama.
April 20, 1943.

Wm. N. McQueen, Acting Atty. Gen.,
for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

13 So.2d 901

**James RAY v. STATE.**

**4 Div. 749.**

Court of Appeals of Alabama.
April 13, 1943.

Wm. N. McQueen, Acting Atty. Gen.,
and John O. Harris, Asst. Atty. Gen., for
the State.

SIMPSON, Judge.
Affirmed.

18 So.2d 883

**Will REEDY v. STATE.**

**6 Div. 46.**

Court of Appeals of Alabama.
May 16, 1944.

Wm. N. McQueen, Acting Atty. Gen.,
for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

11 So.2d 882

**Thomas W. REYNOLDS v. STATE.**

**8 Div. 266.**

Court of Appeals of Alabama.
Feb. 2, 1943.

Wm. N. McQueen, Atty. Gen., for the
State.

RICE, Judge.
Appeal dismissed.

18 So.2d 883

**Wilbert RICHARD v. STATE.**

**7 Div. 790.**

Court of Appeals of Alabama.
June 6, 1944.

Wm. N. McQueen, Acting Atty. Gen.,
for the State.

SIMPSON, Judge.
Appeal dismissed.